IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | JUDGE SHADUR |
| Plaintiff, | ) ) | MAGISTRATE JUDGE NOLAN |
| v. | ) ) ) | Case No. 03C 6576 |
| PEPSIAMERICAS INC., | ) ) | DOCKETED |
| Defendant. | ) ) ) ) | JURY TRIAL DEMANDED  SEP 1 8 2003 |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.* ("Title VII"), and Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a, to correct unlawful employment practices on the basis of sex and to provide appropriate relief to Renaee' N. Henry ("Henry"), who was adversely affected by such practices. The U.S. Equal Employment Opportunity Commission (the "EEOC" or "Commission"), alleges that Defendant, PepsiAmericas, Inc. ("Defendant"), discriminated against Henry based on her sex, female, in that she was sexually harassed in violation of Title VII. The Commission alleges further that Defendant retaliated against Henry for complaining of sexual harassment in that some of her duties were reassigned, her schedule was changed from full-time to part-time and she was discharged, in violation of Title VII.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) of Title VII,

42 U.S.C. §§ 2000e-5(f)(1) and (3) and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The unlawful acts alleged below were committed within the jurisdiction of the United States District Court for the Northern District of Illinois.

## PARTIES

3. Plaintiff, EEOC, is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant has continuously been a corporation doing business in the State of Illinois, County of Cook, and has continuously had at least fifteen (15) employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e-5(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty (30) days prior to the institution of this lawsuit, Henry filed a charge of discrimination with the Commission alleging violations of Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Pursuant to 42 U.S.C. § 2000e-5(f)(1), EEOC's representatives attempted to eliminate the unlawful employment practices alleged below and to effect voluntary compliance with Title VII prior to institution of the lawsuit but EEOC was unable to secure a conciliation agreement acceptable to the Commission.

8. Since at least October 1999, Defendant has engaged in unlawful employment practices in violation of Sections 703(a) and 704 of Title VII, 42 U.S.C. § 2000e-2(a) and 3. These

practices include, but are not limited to, sexually harassing Henry, failing to correct the sexually hostile work environment, and retaliating against Henry after she complained of sexual harassment by subjecting her to different terms and conditions of employment and by terminating her employment.

9. The effect of the practices complained of above has been to deprive Henry of equal employment opportunities and otherwise adversely affect her status as an employee because of her sex and because of retaliation.

10. The unlawful employment practices complained of in paragraphs 8 and 9 above were intentional.

11. The unlawful employment practices complained of in paragraphs 8 and 9 above were done with malice or with reckless indifference to the federally protected rights of Henry.

**PRAYER FOR RELIEF**

**WHEREFORE**, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with Defendant, from engaging in any employment practices which discriminate on the basis of sex or engaging in retaliation;

B. Order Defendant to institute and carry out policies, practices and programs which provide equal employment opportunities for its employees regardless of sex and which eradicate the effects of its past and present unlawful practices;

C. Order Defendant to make whole Renaee' N. Henry by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of the unlawful employment practices;

D. Order Defendant to make whole Renaee' N. Henry by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraphs 8 and 9 above, in amounts to be determined at trial;

E. Order Defendant to make whole Renaee' N. Henry by providing compensation for past and future non-pecuniary losses resulting from the unlawful employment practices described in paragraphs 8 and 9 above, including emotional pain, humiliation, and inconvenience, in amounts to be determined at trial;

F. Order Defendant to pay punitive damages for its malicious and reckless conduct described in paragraphs 8 and 9 above, in amounts to be determined at trial;

G. Grant such further relief as the Court deems necessary and proper in the public interest; and

H. Award the Commission its costs in this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

Respectfully submitted,

Eric S. Dreiband
General Counsel

James Lee
Deputy General Counsel

Gwendolyn Young Reams
Associate General Counsel

EQUAL EMPLOYMENT OPPORTUNITY
 COMMISSION
1801 "L" Street, N.W.
Washington, D.C. 20507

_____
John C. Hendrickson
Regional Attorney

_____
Gregory M. Gochanour
Supervisory Trial Attorney

_____
June Wallace Calhoun
Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
 COMMISSION
500 West Madison Street
Suite 2800
Chicago, Illinois 60661
312/353-7259

5

(AT 1)

JUDGE SHADUR
MAGISTRATE JUDGE NOLAN

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet 03C 6576

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

DOCKETED
SEP 1 8 2003

**Plaintiff(s):** U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Defendant(s):** PEPSIAMERICAS, INC.

County of Residence:

County of Residence: Cook

Plaintiff's Atty:   June Wallace Calhoun
Equal Employment Opportunity Commission
500 W. Madison St., Suite 2800 Chicago, IL 60661
(312) 353-7259

Defendant's Atty:

CT Corporation Systems
208 S. LaSalle Street, Suite 814 Chicago, IL 60604

II. Basis of Jurisdiction:   **1. U.S. Gov't Plaintiff**

III. Citizenship of Principal Parties (Diversity Cases Only)
    Plaintiff:- **N/A**
    Defendant:- **N/A**

IV. Origin :   **1. Original Proceeding**

V. Nature of Suit:   **442 Employment**

VI. Cause of Action:   **Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000 et seq. ("Title VII"), and Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a, to correct unlawful employment practices on the basis of sex.**

VII. Requested in Complaint
    Class Action: **No**
    Dollar Demand:
    Jury Demand: **Yes**

VIII. This case **IS NOT** a refiling of a previously dismissed case.

Signature: _June Wallace Calhoun_ 9/17/03

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

JUDGE SHADUR



In the Matter of

U.S. Equal Employment Opportunity Commission,
    Plaintiff,

v.

PepsiAmericas, Inc.,
    Defendant.

Case Number: 03C 6576 DOCKETED SEP 18 2003

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Plaintiff, U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

| (A) | (B) |
|---|---|
| SIGNATURE *(signed)* | SIGNATURE *(signed)* |
| NAME June Wallace Calhoun | NAME Gregory M. Gochanour |
| FIRM Equal Employment Opportunity Commission | FIRM Equal Employment Opportunity Commission |
| STREET ADDRESS 500 W. Madison St., Suite 2800 | STREET ADDRESS 500 W. Madison St., Suite 2800 |
| CITY/STATE/ZIP Chicago, IL 60661 | CITY/STATE/ZIP Chicago, IL 60661 |
| TELEPHONE NUMBER 312-353-7259 | TELEPHONE NUMBER 312-886-9124 |
| IDENTIFICATION NUMBER USDC No. 06202058 | IDENTIFICATION NUMBER ARDC No. 06210804 |
| MEMBER OF TRIAL BAR? YES [X] NO [ ] | MEMBER OF TRIAL BAR? YES [X] NO [ ] |
| TRIAL ATTORNEY? YES [X] NO [ ] | TRIAL ATTORNEY? YES [X] NO [ ] |
| | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |

| (C) | (D) |
|---|---|
| SIGNATURE *(signed)* | SIGNATURE |
| NAME John C. Hendrickson | NAME |
| FIRM Equal Employment Opportunity Commission | FIRM |
| STREET ADDRESS 500 W. Madison St., Suite 2800 | STREET ADDRESS |
| CITY/STATE/ZIP Chicago, IL 60661 | CITY/STATE/ZIP |
| TELEPHONE NUMBER 312-353-8551 | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER ARDC No. 01187589 | IDENTIFICATION NUMBER |
| MEMBER OF TRIAL BAR? YES [X] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [X] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
| DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |