
Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 6576 | **DATE** | 12/2/2003 |
| **CASE TITLE** | U.S. Equal Employment Opportunity vs. PepsiAmericas, Inc. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Order. Defendant's Answer ¶4 sentence is stricken from Pepsi's Answer.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | DEC 0 3 2003 | |
| | Notified counsel by telephone. | | date docketed | 11 |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | 12/2/2003 | |
| SN | courtroom deputy's initials | 03 DEC -2 PM 3:07 | date mailed notice SN | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

U.S. EQUAL EMPLOYMENT )
OPPORTUNITY COMMISSION, )
)
)
Plaintiff, )
)
v. ) No. 03 C 6576
)
PEPSIAMERICAS, INC., )
)
Defendant. )

**DOCKETED**

DEC 0 3 2003

MEMORANDUM ORDER

Pepsi-Cola General Bottlers, Inc. ("Pepsi," incorrectly sued as PepsiAmericas, Inc.) has filed its Answer to the Complaint in Intervention filed by its ex-employee Renaee Henry ("Henry"). Although for the most part the Answer is unexceptionable, this memorandum order is issued sua sponte to correct one aspect of Pepsi's response.

In part Answer ¶4 (which responds to Henry's allegations as to her having filed a September 20, 2002 Charge of Discrimination with the Illinois Department of Human Rights and EEOC, her Complaint Ex. A) states:

> Defendant further denies that Plaintiff's charge is timely.

But the Charge expressly sets out alleged acts of discrimination and retaliation that took place during the year 2002, all of which are plainly within the 300-day statutory provision. And that being so, both the Charge and Henry's Complaint are timely (at least to that extent). Accordingly the above-quoted sentence

is stricken from Pepsi's Answer.[1]

　　　　　　　　　　　　　　/s/ Milton I. Shadur
　　　　　　　　　　　　　　Milton I. Shadur
　　　　　　　　　　　　　　Senior United States District Judge

Date:　December 2, 2003

---

[1] This Court expresses no view as to whether the second and third sentences of the Charge, which appear to refer to matters outside of the 300-day period, are or are not potentially actionable against Pepsi on some theory.